IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01276

MARGARITA SASIETA,

    Plaintiff(s),

v.

RED ROCKS COMMUNITY COLLEGE,

    Defendant(s).

## STIPULATION OF DISMISSAL

COME NOW, Plaintiff Margarita Sasieta ("Plaintiff") and Defendant Red Rocks Community College ("Defendant") (collectively, "the Parties"), by and through counsel, and hereby submit this Stipulation of Dismissal with Prejudice.

1. The Parties have reached a full and final settlement of Plaintiff's claims. The Parties have exchanged and executed the settlement agreement paperwork.
2. In accordance with the terms of the settlement agreement, and pursuant to Fed. R. Civ. P. 41(a)(ii) the Parties stipulate to the dismissal of Plaintiff's claims with prejudice.
3. Each party will bear their own costs and attorney fees.

WHEREFORE, the Parties hereby stipulate to the dismissal of Plaintiff's claims with prejudice.

DATED: June 28, 2023

*s/ Igor Raykin*
Igor Raykin
Michael Nolt
Kishinevsky & Raykin, LLC

2851 South Parker Road, Suite 150
Aurora, CO 80014
Tel: (720) 748-8888
Fax: (720) 748-8894
igor@coloradolawteam.com
michael@coloradolawteam.com
**Attorneys for Plaintiff**


*s/ Amy Colony*
Amy Colony, Sr. Assistant Attorney General
Angela R. Zippin, Assistant Attorney General
Colorado Department of Law
1300 Broadway, 6th Floor
Denver, CO 80203
Phone: 720-508-6615; 720-508-6395
Amy.colony@coag.gov
Angela.zippin@coag.gov
**Attorneys for Defendant**


## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.


*s/ Krystle Jennings*
Krystle Jennings